STATE of Missouri, Respondent,

v.

**Del F. CLEMENT, Appellant.**

**No. WD 64513.**

Missouri Court of Appeals, Western District.

Dec. 6, 2005.

Jeffrey S. Eastman, Gladstone, MO, for appellant.

Robert R. Shepherd, Oregon, MO, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Del F. Clement appeals his conviction for driving while intoxicated, under section 577.010, and careless and imprudent driving, under section 304.012, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).